UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

JERE MEDDAUGH,

    Plaintiff,

vs.

                                  Case No.  23-cv-230

WOOD COUNTY DEPUTY JOHN
MATTHEWS, WOOD COUNTY,

    Defendants.

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE PLAINTIFF'S WITNESSES FROM DONALDSON AND FOLEY**

COMES NOW the Plaintiff, Jere Meddaugh, by his attorneys, Davey & Goldman, by Lisa C. Goldman and responds to the Defendants' objections to representative witnesses from Donaldson and Foley.  The Court ordered a response by today at 3:00 p.m.  Mr. Meddaugh will not be calling a work reference witness at trial.

1

Dated: September 23, 2024

                                                           DAVEY & GOLDMAN

                                                           ***Electronically Signed By Lisa C. Goldman***
Lisa C. Goldman, SBN 1029893
Davey & Goldman
5609 Medical Circle, Suite 101
Madison, WI 53719
(608) 630-9700 (telephone)
(608) 205-5645 (facsimile)
lgoldman@daveygoldman.com

Attorneys for Plaintiff