IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JERE MEDDAUGH,

                Plaintiff,                         ORDER

    v.

                                            23-cv-230-wmc

WOOD COUNTY DEPUTY
JOHN MATTHEWS,

                Defendant.

---

A pretrial conference was held by videoconference today in the above-captioned matter. Plaintiff appeared by attorney Lisa Goldman; defendant appeared by attorneys Kiley Zellner and Kevin Landgraf. The court set the following schedule:

- Trial will begin on Monday November 4, 2024.

- A final pretrial conference will be held by videoconference on Thursday October 31, 2024, with the time to be determined after the court's judicial assistant has conferred with counsel for both sides.

- On or before October 24, 2024, the parties shall submit any further revisions to the court's current, proposed voir dire, jury instructions, and special verdict forms.

- On or before October 24, 2024, defendant's counsel shall also file any further, proposed redactions to plaintiff's revised Exhibit Nos. 4-6, 11, and 17-20.

- Should defendant proceed to file an interlocutory appeal regarding the court's reconsideration of his possible qualified immunity depending on the nature of

1

defendant's initial interaction with plaintiff, the above dates will be deemed struck and rescheduled promptly upon remand as appropriate.

Entered this 26th day of September, 2024.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge